UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00278

**Christopher Jack Collum,**
*Petitioner,*

v.

**United States of America,**
*Respondent.*

# ORDER

Petitioner Christopher Jack Collum, an inmate proceeding pro se, filed this post-conviction proceeding under 28 U.S.C. § 2255. The case was referred to United States Magistrate Judge K. Nicole Mitchell. On May 9, 2022, the magistrate judge issued a report recommending that petitioner's § 2255 motion be denied and that the case be dismissed with prejudice. The magistrate judge also recommended that petitioner be denied a certificate of appealability *sua sponte*. Petitioner filed a response (Doc. 20), which the court construes as timely objections.

When timely objections to a magistrate judge's report and recommendation are filed, the court reviews them de novo. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Petitioner does not respond directly to the substance of the magistrate judge's report. Rather, petitioner states that "there is none and will be none when justice is involved." Doc. 20 at 2. He states that the Antiterrorism and Effective Death Penalty Act (AEDPA) is a mistake, that he was "wronged," and that "no courtroom in the whole country would give 30 yrs. for 94.5 grams of meth that is absurd." *Id.*

Petitioner failed to demonstrate or identify any error in the magistrate judge's report. Having reviewed the magistrate judge's report de novo, the court accepts the findings and recommendations. Petitioner's objections (Doc. 20) are

overruled. Petitioner's § 2255 motion is denied, and this case is dismissed with prejudice. Petitioner is further denied a certificate of appealability.

*So ordered by the court on June 8, 2022.*

J. CAMPBELL BARKER
United States District Judge